ALBERTSON v. EDSALL.

## Wm. Albertson v. Jos. H. Edsall.

*Supersedeas: Justice's Court: Dissolution of Attachment.* The statute authorizing Circuit Court Commissioners to dissolve an attachment applies equally to Justices' and Circuit Courts.

*Heard October 22d.   Decided October 23d.*

This was a motion for a supersedeas directed to Adolphos W. Burtt, a justice of the peace for Oakland county, to stay the further prosecution of a suit in attachment, pending before him.

Suit by attachment was commenced in the Circuit Court, and certain valuable personal property was seized.   On motion, the attachment was dissolved by the commissioner, and the sheriff was ordered to restore the property.

The suit was then at once discontinued and new proceedings in attachment commenced immediately before a justice of the peace, for the same cause of action alleged at a smaller amount; and the same sheriff thereupon re-seized the same property.

*O. F. Wisner*, for the motion, cited 9 *Johns.* 130; *Cow. Tr.* 487.

*T. Romeyn*, contra.

The court held that as the statute— 2 *Comp. L.* § 4773 —authorizing a circuit court commissioner to dissolve an attachment applied equally to justice's and circuit courts, the defendant in attachment had his appropriate remedy before a commissioner, and this court would not, therefore, entertain proceedings which were discretionary, and which were unnecessary to do justice.